# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff<br><br>vs.<br><br>Leonard Collier<br>Elders Counseling Group, Inc.<br><br>　　　　　　Defendants | CIVIL NO. 19-02330<br><br>FILED<br>SEP -3 2019<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

## ORDER

AND NOW, this    3d    day of  September  , 2019,

upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make Service is granted.

　　　　　　　　　　　　　　　　　　　　　　　　_____ J.