UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America,<br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>Leonard Collier<br>Elders Counseling Group, Inc.<br>　　　　　　　　　　Defendants | CIVIL ACTION NO.<br>19-02330<br><br>**FILED**<br>NOV 06 2019<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

### ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

AND NOW, ___6 th___ this day _November_ of 2019, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant, Leonard Collier, cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Enforced Collection.

It is hereby ORDERED, ADJUDGED AND DECREED that the Summons and Complaint in Enforced Collections be served on the Defendant, Leonard Collier, by Plaintiff or its agent by posting a copy of the Summons and Complaint in Enforced Collection on the property of the last known address, 349 Meetinghouse Road, Jenkintown, PA 19046, and by regular and certified mail addressed to the Defendant's last known addresses, 349 Meetinghouse Road, Jenkintown, PA 19046; 101 Greenwood Ave, Ste. 270, Jenkintown, PA 19046; and 1910 W Sligh Ave, Apt E107, Tampa, FL 33604. Service shall be completed upon posting or upon mailing, whichever occurs later.

　　　　　　　　　　　　　　　　　　　　　　　　　_Joel Slomsky_

ENT'D NOV 06 2019