UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                                Plaintiff<br><br>vs.<br><br>Leonard Collier<br>Elders Counseling Group, Inc.<br><br>                              Defendant(s) | CIVIL NO. 19-02330 |

**CERTIFICATE OF SERVICE**

      I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Order, Summons and Complaint has been served by regular and certified mail, postage pre-paid, upon the parties listed below on November 6, 2019.

Leonard Collier
349 Meetinghouse Road
Jenkintown, PA 19046

Elders Counseling Group, Inc.
349 Meetinghouse Road
Jenkintown, PA 19046

Leonard Collier
1910 W Sligh Ave Apt E107
Tampa, FL 33604

                                                Respectfully submitted,

                                                KML Law Group, P.C.

                                                By: _____
                                                Rebecca A. Solarz, Esquire
                                                Suite 5000
                                                701 Market Street
                                                Philadelphia, PA 19106-1532
                                                (215) 825-6327