# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>LEONARD COLLIER, ET AL,<br>Defendant (Respondent) | CASE and/or DOCKET No.: 19-02330<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS & COMPLAINT**

I, KENDRA DAY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ELDERS COUNSELING GROUP, INC. the above process on the 17 day of August, 2019, at 12:40 o'clock, PM, at C/O Zakia West Or Leonard Collier: 349 Meetinghouse Rd Jenkintown, PA 19046, County of Montgomery, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age _61-65_  Height _6'0"_  Weight _180_  Race _WHITE_  Sex _MALE_  Hair _GRAY_

Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of _PA_ ) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally appeared _Kendra Day_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

File Number: USA-194096
Case ID #: 5604409

Subscribed and sworn to before me
this _26_ day of _Aug_, 20_19_

COMMONWEALTH OF PENNSYLVANIA  Notary Public
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021