

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA"

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

LEONARD COLLIER, ELDERS COUNSELING GROUP, INC.; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 19-2330

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served LEONARD COLLIER the above process on the 7 day of November, 2019, at 10:09 o'clock, A.M., at 349 MEETINGHOUSE ROAD JENKINTOWN, PA 19046, County of Montgomery, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:
1) _____  2) _____  3) _____

Commonwealth/State of _Pa_
County of _Berks_                ) SS:
                                 )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-194096
Case ID #: 5683706

Subscribed and sworn to before me this _18_ day of _Nov_, 20_19_.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My commission expires December 05, 2021
Commission number 1113554