IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>LEONARD COLLIER ELDERS<br>COUNSELING GROUP, INC.,<br><br>                      Defendant. | CIVIL ACTION<br>NO. 19-2330 |

**ORDER**

**AND NOW**, this 5th day of August 2020, upon consideration of Plaintiff's Motion for Default Judgment (Doc. No. 10), it is **ORDERED** as follows:

1. The parties shall appear on **September 3, 2020 at 10:45 a.m.** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania to show cause why a default judgment should not be entered against Defendant and to assess damages in the above-captioned matter.

2. Plaintiff's Counsel shall serve a copy of this Order upon Defendant at its addresses of record and shall file proof of service with the Court or otherwise proceed in accordance with Federal Rule of Civil Procedure 55(b).

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.