UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                    Plaintiff                 CIVIL NO.  19-02330

        vs.

Leonard Collier
Elders Counseling Group, Inc.

                    Defendants

## CERTIFICATE OF SERVICE

        I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Order  has been served by first class

mail, postage pre-paid, upon the parties listed below on August 7, 2020.


Leonard Collier                          Leonard Collier
349 Meetinghouse Road                    1910 W Sligh Ave Apt E107
Jenkintown, PA 19046                     Tampa, FL 33604

Elders Counseling Group, Inc.            Leonard Collier
101 Greenwood Ave.                       101 Greenwood, Ste 270
Ste. 270                                 Jenkintown, PA 19046
Jenkintown, PA 19046
                                         Elders Counseling Group, Inc
                                         c/o Zakia West or Leonard Collier
                                         349 Meetinghouse Road
                                         Jenkintown, PA 19046



                        Respectfully submitted,

                        KML Law Group, P.C.

                        By: /s/Rebecca A. Solarz
                        Rebecca A. Solarz, Esquire
                        Suite 5000
                        701 Market Street
                        Philadelphia, PA  19106-1532
                        (215) 825-6327