IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

LEONARD COLLIER ELDERS
COUNSELING GROUP, INC.,

                Defendant.

CIVIL ACTION
NO. 19-2330

## ORDER

**AND NOW**, this 26th day of August 2020, upon consideration of Plaintiff's Motion for Default Judgment (Doc. No. 10) and this Court's Order (Doc. No. 12), dated August 5, 2020, it is **ORDERED** as follows:

1. The hearing on Plaintiff's Motion for Default Judgment currently scheduled on September 3, 2020 at 10:45 a.m. is **RESCHEDULED** to **October 29, 2020 at 3:30 p.m.** in Courtroom 13B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  At the hearing, the parties shall appear and show cause why a default judgment should not be entered against Defendant and why damages should not be assessed against Defendant.

2. Plaintiff's Counsel shall serve a copy of this Order upon Defendant at its addresses of record and shall file proof of service with the Court or otherwise proceed in accordance with Federal Rule of Civil Procedure 55(b).

                BY THE COURT:


                /s/ Joel H. Slomsky
                JOEL H. SLOMSKY, J.