UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>Leonard Collier<br>Elders Counseling Group, Inc.<br><br>Defendant | CIVIL NO. 19-02330 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Order has been served by first class mail, postage pre-paid, upon the parties listed below on August 26, 2020.

| | |
|---|---|
| Leonard Collier<br>349 Meetinghouse Road<br>Jenkintown, PA 19046 | Leonard Collier<br>1910 W Sligh Ave Apt E107<br>Tampa, FL 33604 |
| Elders Counseling Group, Inc.<br>101 Greenwood Ave.<br>Ste. 270<br>Jenkintown, PA 19046 | Leonard Collier<br>101 Greenwood, Ste 270<br>Jenkintown, PA 19046<br><br>Elders Counseling Group, Inc<br>c/o Zakia West or Leonard Collier<br>349 Meetinghouse Road<br>Jenkintown, PA 19046 |

Respectfully submitted,

KML Law Group, P.C.

By: /s/Rebecca A. Solarz
Rebecca A. Solarz, Esquire
Suite 5000
701 Market Street
Philadelphia, PA 19106-1532
(215) 825-6327