IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>LEONARD COLLIER ELDERS<br>COUNSELING GROUP, INC.,<br><br>                Defendant. | CIVIL ACTION<br>NO. 19-2330 |

## ORDER

**AND NOW**, this 21st day of October 2020, it is **ORDERED** that the hearing on Plaintiff's Motion for Default Judgment currently scheduled on October 29, 2020 at 3:30 p.m. is **RESCHEDULED** to **October 29, 2020 at 4:30 p.m.** in Courtroom 13B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  At the hearing, the parties shall appear and show cause why a default judgment should not be entered against Defendant and why damages should not be assessed against Defendant.  Plaintiff's Counsel shall serve a copy of this Order upon Defendant at its addresses of record and shall file proof of service with the Court or otherwise proceed in accordance with Federal Rule of Civil Procedure 55(b).

                                                              BY THE COURT:

                                                              /s/ Joel H. Slomsky
                                                              JOEL H. SLOMSKY, J.