UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                                   Plaintiff<br><br>vs.<br><br>Leonard Collier<br>Elders Counseling Group, Inc.<br><br>                                   Defendant | CIVIL NO.  19-02330 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Order has been served by first class mail, postage pre-paid, upon the parties listed below on October 22, 2020.

Leonard Collier
349 Meetinghouse Road
Jenkintown, PA 19046

Elders Counseling Group, Inc.
101 Greenwood Ave.
Ste. 270
Jenkintown, PA 19046

Leonard Collier
1910 W Sligh Ave Apt E107
Tampa, FL 33604

Leonard Collier
101 Greenwood, Ste 270
Jenkintown, PA 19046

Elders Counseling Group, Inc
c/o Zakia West or Leonard Collier
349 Meetinghouse Road
Jenkintown, PA 19046

Respectfully submitted,

KML Law Group, P.C.

By: /s/Rebecca A. Solarz
Rebecca A. Solarz, Esquire
Suite 5000
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327