IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>LEONARD COLLIER ELDERS<br>COUNSELING GROUP, INC.,<br><br>                    Defendant. | CIVIL ACTION<br>NO. 19-2330 |

## ORDER

**AND NOW**, this 30th day of October 2020, upon consideration of Plaintiff's Motion for Default Judgment, (Doc. No. 10), and in view of the fact that Defendant failed to appear at the October 29, 2020 hearing on the Motion, has not responded to the Complaint, (Doc. No. 1), and in accordance with the statements of the Court at the hearing, it is **ORDERED** as follows:

1. Plaintiff's Motion for Default Judgment (Doc. No. 10) is **GRANTED** and Judgment is **ENTERED** in favor of Plaintiff United States of America on behalf of its Agency, the Department of Treasury, and against Defendant Leonard Collier Elders Counseling Group, Inc.

2. The Clerk of Court shall close this case for statistical purposes. The Court will retain jurisdiction over this action for purposes of enforcing compliance with the Judgment.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.