IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>LEONARD COLLIER ELDERS COUNSELING GROUP, INC.,<br><br>                    Defendant. | CIVIL ACTION<br>NO. 19-2330 |

## JUDGMENT

**AND NOW**, this 30th day of October 2020, for the reasons stated in the accompanying Order issued this date, it is **ORDERED** that Judgment is entered in favor of Plaintiff United States of America on behalf of its Agency, the Department of Treasury, and against Defendant Leonard Collier Elders Counseling Group, Inc. in the amount of **$70,861.23**, which includes the unpaid principal amount, administrative expenses, and interest accrued to date. From the date of this Judgment, interest will accrue in the amount of $8.77 per day, compounded annually, until the Judgment is paid in full.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J